IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLY WILLIAMS AND NICHOLAS JENKINS, Individually and on behalf of all others similarly situated,**<br>　　　　　Plaintiffs<br><br>v.<br><br>**GOAUTO INSURANCE COMPANY, GOAUTO MANAGEMENT SERVICES, LLC, GOAUTO, LLC, AUTO PREMIUM ASSISTANCE COMPANY, LLC, GO CARD, LLC, AND HEALTH REFORM INSURANCE, LLC**<br>　　　　　Defendants. | CASE NO. 3:21-cv-00092<br><br>JUDGE JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON |

**MOTION TO SUBSTITUTE NOTICE OF REMOVAL**

**NOW COMES** Defendant, GoAuto, LLC ("GoAuto"), and respectfully moves this Court to substitute the attached Notice of Removal for the Notice of Removal filed on February 11, 2021 [Doc. 1]. In support, GoAuto represents as follows:

1. On February 11, 2021, GoAuto filed a Notice of Removal [Doc. 1].

2. Pursuant to Federal Rule of Civil Procedure 10, the Notice of Removal should have included a complete list of Defendants in the caption.

3. Defendant GoAuto, LLC seeks to cure this deficiency by substituting the attached Notice of Removal in place of the previously filed Notice of Removal [Doc. 1].

WHEREFORE Defendant GoAuto, LLC respectfully requests that the Court grant its Motion and substitute the attached Notice of Removal in place of the previously filed Notice of Removal [Doc.1].

1

Respectfully submitted,

*/s/ Loretta G. Mince*
Loretta G. Mince, 25796
Jason W. Burge, 30420
Michael R. Dodson, 37450
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
lmince@fishmanhaygood.com
mdodson@fishmanhaygood.com

*Counsel for Defendant GoAuto, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all counsel of record, by depositing the same in the United States Mail and/or by Electronic Mail, properly addressed and first-class postage prepaid, this 12th day of February, 2021.

*/s/ Loretta G. Mince*

3586138v.1