UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIMBERLY WILLIAMS, ET AL.                                 CIVIL ACTION

VERSUS

GOAUTO INSURANCE COMPANY,                    NO. 21-00092-BAJ-SDJ
ET AL.

## RULING AND ORDER

Before the Court is Plaintiffs' Kimberly Williams and Nicholas Jenkins **Motion to Remand. (Doc. 11).** The Motion is opposed. (Doc. 22). The Magistrate Judge has issued a **Report and Recommendation (Doc. 39),** recommending that the Court deny Plaintiffs' Motion and refer the matter back for further proceedings. (*Id.* at p. 13). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 11) is DENIED.**

**IT IS FURTHER ORDERED** that the above captioned action is hereby referred to the Magistrate Judge to set a discovery conference for the purpose of establishing a jurisdictional discovery scheduling order.

Baton Rouge, Louisiana, this 14th day of February, 2022

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2