| | |
|---|---|
| **KIMBERLY WILLIAMS, ET AL** | **CIVIL ACTION NO.: 21-00092-BAJ-SDJ** |
| **VERSUS** | **JUDGE BRIAN JACKSON** |
| **GOAUTO INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE SCOTT JOHNSON** |

<u>**MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST SUPERSEDING AND AMENDING COMPLAINT FOR DAMAGES – CLASS ACTION**</u>

NOW INTO COURT, through undersigned counsel, come plaintiffs Kimberly Williams and Nicholas Jenkins, appearing herein individually and on behalf of all others similarly situated, who pursuant to Fed. R. Civ. P. 15 and Local Rule 7(e) seek leave of this Court to file Plaintiffs' First Superseding and Amending Complaint for Damages – Class Action, and in support represent as follows:

1.

The plaintiffs filed their original Class Action Petition in the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana, on January 5, 2021. The defendants invoked the jurisdiction of the federal courts by removing the suit on February 11, 2021. (Doc. 1.) The plaintiffs filed a motion to remand on March 15, 2021 (Doc. 11), which was denied without prejudice on February 14, 2022, with the Court allowing the plaintiffs to conduct jurisdictional discovery to determine whether any of the exceptions to the Class Action Fairness Act apply. (Docs. 39 and 40.) As of the filing of this motion, a scheduling conference to set deadlines for jurisdictional discovery has not yet been held.

2.

Shortly before the plaintiffs filed a motion to remand, the defendants filed a motion for more definite statement. (Doc. 9.) However, the Court granted the parties' consent motion to stay the briefing deadlines on that motion pending a ruling on the motion to remand. (Doc. 17.) Pursuant to that Order, the plaintiffs have 14 days from the denial of the motion to remand to either amend the complaint or file a brief in response to the motion for more definite statement. (Doc. 17.) If the plaintiffs file an amended complaint, the defendants shall file a motion to withdraw their motion for more definite statement, as it should be denied without prejudice as moot. (Doc. 17.)

3.

Now that the Court has ruled on the motion to remand, the plaintiffs seek leave of Court to amend their original Petition for Damages – Class Action to more specifically allege the facts supporting the individual plaintiffs' claims against the defendants, which will moot the arguments raised in the defendants' motion for more definite statement so as to avoid any additional delay that would come with further briefing and argument over those matters, as well as to make other minor revisions to the Complaint.

4.

The plaintiffs specifically retain all causes of action based upon their prior pleadings and allegations, including that defendant GoAuto acted in bad faith, and arbitrarily, capriciously, and without probable cause, denied coverage to the plaintiffs and other members of the class based on GoAuto's misrepresentation that its insureds' automobile insurance policies had been properly cancelled under Louisiana law.

5.

Pursuant to Rule 15(a)(2), the plaintiffs are entitled to amend their Complaint either "with the opposing party's written consent or the court's leave," which the "court should freely give . . . when justice so requires." The Court should grant leave for the plaintiffs to amend their Complaint because the amendment will allow the plaintiff to allege additional facts to address the defendants' motion for more definite statement which will preclude the need for any further briefing or argument on those matters.

6.

Pursuant to Local Rule 7(e), the plaintiffs are not required to submit a memorandum in support of this Motion.

7.

Pursuant to Local Rule 7(e), the plaintiffs sought to obtain consent of all defendants prior to the filing of this Motion. Undersigned counsel certifies that on February 25, 2022, he advised the defendants of the plaintiffs' intent to file this Motion to amend the Complaint in response to the defendants' motion for more definite statement and sought their consent or objection to the filing of the motion. All defendants responded that they do not object to the filing of this Motion.

WHEREFORE, plaintiffs Kimberly Williams and Nicholas Jenkins, appearing herein individually and on behalf of all others similarly situated, respectfully request that the Court grant this Motion, and that the Plaintiffs' First Superseding and Amending Complaint for Damages – Class Action be filed into the record as requested.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors At Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
(225) 932-9221; (225) 932-9286 (fax)

     *s/Roy Bergeron, Jr.*
By:   Eulis Simien, Jr., Bar # 12077
     eulissimien@simien.com
     Jimmy Simien, Bar # 1598
     jimmysimien@simien.com
     Roy Bergeron, Jr., Bar # 33726
     roybergeron@simien.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2022, a copy of this pleading has been served on all known counsel of record via the Court's CM/ECF filing system and/or via email.

     *s/Roy Bergeron, Jr.*
     Roy Bergeron, Jr.