UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIMBERLY WILLIAMS, ET AL.                              CIVIL ACTION

VERSUS

GOAUTO INSURANCE COMPANY,
ET AL.                                                 NO. 21-00092-BAJ-SDJ

## ORDER

Considering the **Ex Parte Motion To Strike And Substitute Pleading (Doc. 117)** filed by Defendants GoAuto Insurance Company, GoAuto Management Services, LLC, Auto Premium Assistance Company, LLC, GoAuto, LLC, Go Card, LLC and Health Reform Insurance, LLC,

**IT IS ORDERED** that the **Motion (Doc. 117)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' proposed pleading, pending at Doc. 117-1, be and is hereby **SUBSTITUTED** for Defendants' Reply in Support of Motion for Summary Judgment (Doc. 115).

Baton Rouge, Louisiana, this 23rd day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA